UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| EVERETT GALINDO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>DR. SEDEGHI, et al.,<br><br>Defendants. | Case No.: 21cv792-TWR (MSB)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>**[ECF NO. 16]** |
|---|---|

On May 5, 2022, Defendants F. Sedighi, J. Butteris, and M. Glynn filed an "Ex Parte Application to Continue the Case Management Conference," in which they asked the Court to continue the Zoom Case Management Conference currently set for May 9, 2022, to June 15, 2022. (See ECF No. 16 at 1.) In support, Defendants' counsel explains that due to a communication error, her office did not contact Richard J. Donovan to arrange Plaintiff's appearance at the Case Management Conference until May 2, 2022, at which point the prison was not able to accommodate the conference with only one week's notice. (ECF No. 16-1 at 2.) Counsel has reserved a video conference date of June 15, 2022, at 9:30 a.m. with the Litigation Coordinator at R.J. Donovan. (Id.)

For good cause shown, the Court **GRANTS** the ex parte application as follows:

1. In accordance with Civil Local Rule 16.1(e), an Early Neutral Evaluation Conference will not be set in this case. A video Case Management Conference ("CMC")

will be held on **June 15, 2022**, at **9:30 a.m.,** before Magistrate Judge Michael S. Berg and hosted through the Court's ZoomGov account. The parties should be prepared to discuss scheduling, discovery, and whether they would benefit from an early settlement conference in this matter.

2. Counsel for Defendant shall arrange Plaintiff's video appearance with the institution housing Plaintiff. Prior to the start of the CMC, the Court will e-mail each CMC participant an invitation to join a Zoom video conference. No later than **May 15, 2022**, Defendant's counsel must send an e-mail to the Court at efile_berg@casd.uscourts.gov containing the following:

    a. The **name of each participant**;

    b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference.

**IT IS SO ORDERED.**

Dated: May 6, 2022

Honorable Michael S. Berg
United States Magistrate Judge